## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: L.J.O., A MINOR : No. 158 MAL 2024
:
:
PETITION OF: A.M.M., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.